No. 381. EL PUEBLO Y EL ATTORNEY GENERAL, PETICIONARIO, *v.* CORTE DE DISTRITO DE SAN JUAN, SECCIÓN PRIMERA, HON. C. E. FOOTE, JUEZ, DEMANDADO.—*Certiorari.* Resuelto

en julio 27, 1922. Presentada después de las cinco de la tarde de hoy esta solicitud y siendo imposible resolver con la debida consideración el asunto sometido en este caso en los dos días que faltan para finalizar el término, dos soluciones parecen apropiadas: una la expedición del auto señalándose la vista para el mes de noviembre y otra en negar el auto con permiso para presentarlo de nuevo si la parte interesada lo estimara oportuno. Siendo preferible esta última, se niega por ahora la expedición del *certiorari*.